AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

EDWARD E. SEELY, et al.,

        Plaintiffs,

V.

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:14-cv-00237-MMD-WGC**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the complaint is dismissed in its entirety without prejudice.

   June 10, 2014                                      **LANCE S. WILSON**
                                                                  Clerk

                                                                  /s/ D. R. Morgan
                                                                  Deputy Clerk