UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| EDWARD E. SEELEY, et al., | Case No. 3:14-cv-00237-MMD-WGC |
| | Ninth Circuit Court of Appeals No. 14-16162 |
| Plaintiff, | |
| v. | ORDER |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having, on November 17, 2014, issued its mandate pursuant to Ninth Circuit Rule 42-1, dismissing the appeal for failure to pay the docketing/filing fees in this case, and the Court being fully advised in the premises, now, therefore, it is ordered that the mandate be spread upon the records of this Court.

DATED THIS 21st day of November 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE